# UNITED STATES BANKRUPTCY COURT

## Eastern District of Michigan (Detroit)

In re: Jeffery L Gensler

Lisa M Gensler

Case No: 10-55443-MBM

Chapter: 13

Last four digits of any number you use to identify the debtor's account: 0544

Court Claim No. (if known): 8-1

---

### STATEMENT IN RESPONSE TO NOTICE OF FINAL CURE PAYMENT

As contemplated by Fed. R. Bankr. Proc. 3002.1

CitiMortgage, Inc.

("Creditor") hereby responds to that certain Notice of Final Cure Payment ("Cure Notice")

dated 9/22/15 and filed as Docket No. 59

---

### Prepetition Default Payments                        Applicable option is checked

[✓] Agrees that Debtor(s) has paid in full the amount required to cure the default on Creditor's claim.

[ ] Disagrees that Debtor(s) has paid in full the amount required to cure the default on Creditor's claim and states that the total amount due to cure Prepetition arrears is:

Total Amount Due:

Attached as Schedule of Amounts Outstanding on Prepetition Claim is an itemized account of the Prepetition amounts that remain unpaid as of the date of this statement.

---

### Postpetition Default Payments                        Applicable option is checked

[✓] Agrees that Debtor(s) is current with respect to all payments consistent with § 1322(b)(5) of the Bankruptcy Code.

[ ] Disagrees that the Debtor(s) is current with respect to all payments consistent with § 1322(b)(5), and states that the total amount due to cure Postpetition arrears is:

Total Amount Due:

Attached as Schedule of Amounts Outstanding Postpetition Claim is an itemized account of the Postpetition amounts that remain unpaid as of the date of the Cure Notice. The amounts outstanding identified on the Schedule do not reflect amounts that became or may become due after the date of the Cure Notice, including any fees that may have been incurred in the preparation, filing, or prosecution of this statement.

---

The amounts due identified on this statement may not, due to timing, reflect all payments sent to Creditor as of the date of the Cure Notice. In addition, the amounts due may include payments reflected on the NDC but which have not yet been received and/or processed by Creditor.

---

Date: 10/13/15

Signature: /s/ Flavia Van Heeswijk

Title: Bankruptcy Specialist III

Company: CitiMortgage, Inc.

Address: PO BOX 6040
Sioux Falls, SD 57117

Phone: 866-613-5636

Email: CitiBKAudit@citi.com

# UNITED STATES BANKRUPTCY COURT

**Schedule of Amounts Outstanding Prepetition Claim**

| Payment Description | Payment Date | Payment Amount |
| --- | --- | --- |
| | | |

# UNITED STATES BANKRUPTCY COURT

**Schedule of Amounts Outstanding Postpetition Claim***

| Payment Description | Payment Date | Payment Amount |
|---|---|---|
| | | |

***Comments***

# UNITED STATES BANKRUPTCY COURT

**Certificate of Service**

I hereby certify that a copy of the foregoing Statement in Response to Notice of Final Cure Payment was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date:

Date: 10/13/15

Chapter 13 Trustee: David Wm Ruskin
Trustee Address: 26555 Evergreen Rd Ste 1100
Southfield, MI 48076-4251

Debtor's Counsel Name: Robert A. Manion
Debtor's Counsel Address: 7431 Jackman Rd.
Temperance, MI 48182

Debtor 1 Name: Jeffery L Gensler
Debtor 2 Name: Lisa M Gensler
Debtor's Mailing Address: 1151 HOWARD DR
TEMPERANCE MI 48182-9356

Signature: /s/ Flavia Van Heeswijk
Title: Bankruptcy Specialist III
Company: CitiMortgage, Inc.
Address: PO BOX 6040
Sioux Falls, SD 57117
Phone: 866-613-5636
Email: CitiBKAudit@citi.com